(106 So. 920)

Jim LOVE v. STATE. (2 Div. 328.) (Court of Appeals of Alabama. Nov. 10, 1925.) Appeal from Circuit Court, Dallas County; S. F. Hobbs, Judge. Violating prohibition law. Wm. R. Rountree, Jr., of Selma, for appellant. Harwell G. Davis, Atty. Gen., for the State.

RICE, J. Affirmed.

---

(107 So. 926)

T. O. LOVELAND et al. v. J. E. SCARBOROUGH. (3 Div. 518.) (Court of Appeals of Alabama. March 23, 1926.) Appeal from Circuit Court, Lowndes County; A. E. Gamble, Judge. R. L. Goldsmith, of Hayneville, and Eugene Ballard, of Montgomery, for appellants. Jos. R. Bell, of Hayneville, for appellee.

SAMFORD, J. Action in assumpsit. Plaintiff appeals from a judgment for defendant. There are no assignments of error. For this reason the judgment is affirmed. Hays v. Walker, 77 So. 930, 16 Ala. App. 336.

---

(106 So. 921)

Bert LOWERY v. STATE. (5 Div. 565.) (Court of Appeals of Alabama. Nov. 24, 1925.) Appeal from Circuit Court, Lee County; N. D. Denson, Judge.

BRICKEN, P. J. In this case there was a general verdict of guilty. The indictment charged the defendant with distilling prohibited liquors, etc., and the unlawful possession of a still. From the judgment of conviction, he appealed to this court. No bill of exceptions has been sent up, and the appeal is upon the record proper. We have examined the record; it appears regular in all respects. No error being apparent, the judgment of conviction in the lower court is affirmed. Affirmed.

---

(105 So. 925)

Frank LYLES v. STATE. (7 Div. 90.) (Court of Appeals of Alabama, June 30, 1925.) Appeal from Circuit Court, Etowah County; O. A. Steele, Judge.

BRICKEN, P. J. Upon being arraigned in the circuit court for the offense of violating the prohibition law, the defendant interposed a plea of guilty, whereupon the court assessed a fine of $50 against him, and also added 6 months' hard labor for the county. From this judgment he appealed, notwithstanding his plea of guilty. This appeal is upon the record. There is no error, and the judgment of conviction is affirmed. Affirmed.

---

(106 So. 921)

Will McBRIDE v. CITY OF BIRMINGHAM. (6 Div. 749.) (Court of Appeals of Alabama. Dec. 8, 1925.) Appeal from Circuit Court, Jefferson County; John McKinley, Judge. Violating prohibition law.

RICE, J. Affirmed.

---

(108 So. 925)

W. A. McBRIDE v. STATE. (8 Div. 383.) (Court of Appeals of Alabama. May 25, 1926.) Appeal from Circuit Court, Colbert County; C. P. Almon, Judge. Distilling.

RICE, J. Affirmed.

---

(110 So. 923)

Mainor McCALL v. STATE. (4 Div. 262.) (Court of Appeals of Alabama. Nov. 9, 1926.) Appeal from Circuit Court, Barbour County; J. S. Williams, Judge.

SAMFORD, J. Affirmed.

---

(109 So. 925)

J. H. McCARTER v. A. D. STALCUP. (6 Div. 22.) (Court of Appeals of Alabama. June 15, 1926.) Appeal from Circuit Court, Jefferson County; Joe C. Hail, Judge. Erle Pettus, of Birmingham, for appellant. G. M. Edmonds, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed by consent.

---

(106 So. 921)

Wyatt McCORMICK v. STATE. (5 Div. 568.) (Court of Appeals of Alabama. Nov. 24, 1925.) Appeal from Circuit Court, Randolph County; N. D. Denson, Judge. Distilling.

SAMFORD, J. Appeal dismissed.

---

(107 So. 926)

J. A. McKINZIE et al. v. City of PHENIX CITY. (4 Div. 152.) (Court of Appeals of Alabama. March 25, 1926.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(110 So. 923)

Willard McKNIGHT v. STATE. (5 Div. 640.) (Court of Appeals of Alabama. Nov. 23, 1926.) Appeal from Circuit Court, Chilton County; Geo. F. Smoot, Judge.

RICE, J. Appeal dismissed.